UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                  Case No. 3:08mj134

LAFRANCE T. JOHNSON

**REFERRAL AND ORDER**

Referred to Magistrate Judge Timothy on     7/2/08

Type of Motion/Pleading: Waiver of Right to Trial by Jury (Bench trial requested)

Filed by: Defendant   on 7/2/08   Document   9

( )   Stipulated/Consented/Joint Pleading

RESPONSES:

                          on               Doc.#

                          on               Doc.#

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Joanne Ahr
Deputy Clerk:

**ORDER**

Upon consideration of the foregoing, it is **ORDERED** this 2nd day of July 2008, that:

(a)     The requested relief is **GRANTED**.

(b)     At Defendant's request, the jury trial presently scheduled for **July 14, 2008** is hereby cancelled, and in light of Defendant's waiver of her right to a jury trial, a bench trial is hereby scheduled for **August 26, 2008 at 9:00 a.m.**

                                                      /s/ *Elizabeth M. Timothy*
                                                      **ELIZABETH M. TIMOTHY**
                                                      **UNITED STATES MAGISTRATE JUDGE**